IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:16-00106

MISTY RENEE WENTZ

**ORDER**

Defendant, pro se, moves the Court to recommend to the Bureau of Prisons that Defendant be placed in a residential re-entry center as her period of incarceration comes to an end. Citing the Second Chance Act, 34 U.S.C. § 60501, she asks the Court to provide a recommendation to the Bureau of Prisons to encourage it to place her in a residential re-entry facility for the last twelve or so months of her imprisonment. Under 18 U.S.C. § 3621, the Bureau of Prisons is granted authority over the placement and release of Defendant from custody, including action considered by the Bureau of Prisons to achieve the goals of the Second Chance Act.

Upon review of the Presentence Report and sentencing proceedings, the Court **GRANTS** the Motion (ECF No. 62) and hereby **RECOMMENDS** that the Bureau of Prisons place Defendant in a residential re-entry facility as soon as practical. With her history of drug abuse, unstable family support, and lack of education/employment in the past, a structured environment with access to health and vocational programs provide her the best chance for successful rehabilitation while on supervised release.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the Federal Bureau of Prisons, Warden of Alderson Federal Prison Camp, the United States Attorney's Office, the United States Probation Office, and the United States Marshal Service.

ENTER: August 2, 2018

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE